| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) STEWART, JANICE M. | 2. Court or Organization DISTRICT COURT - OREGON | 3. Date of Report 04/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

1107 US COURTHOUSE
1000 SW THIRD AVE
PORTLAND, OR 97204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | RAINCLOUD PARTNERSHIP |
| 2. | MEMBER | ALLEN FAMILY PROPERTY, LLC (fka LOGAN C. STEWART, LLC) |
| 3. | MEMBER | GLADSTONE, LLC |
| 4. | MEMBER | OVERTON, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US BANK | GUARANTY FOR MORTGAGE HELD BY ▓▓▓ GLADSTONE, LLC (Part VII, line 168 ) | O |
| 2. | US BANK | GUARANTY FOR MORTGAGE HELD BY ▓▓▓ OVERTON, LLC (Part VII, line 169) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 (H): | | | | | | | | | |
| 2. -BP AMOCO PLC ADS | A | Dividend | J | T | | | | | |
| 3. -BRISTOL MYERS SQUIBB | B | Dividend | L | T | | | | | |
| 4. -GOLDMAN SACHS | B | Dividend | M | T | | | | | |
| 5. -INTEL CORP. | D | Dividend | N | T | | | | | |
| 6. -IBM CORP. | A | Dividend | K | T | | | | | |
| 7. -MAINSTAY MARKETFIELD C | A | Dividend | | | Sold | 01/24/14 | M | A | |
| 8. -MERCK & CO | C | Dividend | M | T | | | | | |
| 9. -MICROSOFT | D | Dividend | N | T | | | | | |
| 10. -SPDR TRUST | D | Dividend | N | T | Sold (part) | 07/21/14 | K | D | |
| 11. | | | | | Sold (part) | 07/30/14 | L | D | |
| 12. -MS ACTIVE ASSETS TAX FR TRUST | A | Dividend | N | T | | | | | |
| 13. -VANGUARD MID-CAP ETF INDEX | B | Dividend | M | T | | | | | |
| 14. -VANGUARD S&P 500 | D | Dividend | N | T | Sold (part) | 07/24/14 | L | D | |
| 15. | | | | | Sold (part) | 07/30/14 | K | D | |
| 16. | | | | | Sold (part) | 08/07/14 | L | E | |
| 17. -VANGUARD FTSE EMERGING MARKETS | D | Interest | M | T | Buy | 02/25/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/07/14 | L | | |
| 19. -VANGUARD TOTAL STK MKT ETF | C | Dividend | N | T | Buy | 01/24/14 | L | | |
| 20. | | | | | Buy (add'l) | 02/04/14 | L | | |
| 21. NEW ALTERNATIVES FUND, INC. | A | Dividend | J | T | | | | | |
| 22. IRA ACCOUNT # 2 (H): | E | Dividend | O | T | | | | | |
| 23. -ALPS ETF TR ALERIAN MLP ETF | | | | | | | | | |
| 24. -ISHARES S&P 500 INDEX | | | | | | | | | |
| 25. -VANGUARD INT'L EQUITY INDEX FDS MSCI | | | | | | | | | |
| 26. -VANGUARD INDEX MID CAP | | | | | | | | | |
| 27. -VANGUARD INDEX SMALL CAP | | | | | | | | | |
| 28. -FIDELITY NEW MARKETS INCOME | | | | | | | | | |
| 29. -FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 30. -FDIC INSURED DEPOSIT at Fifth Third Bank | | | | | | | | | |
| 31. ▨ IRA # 1 (H): | | | | | | | | | |
| 32. -SPDR DJIA TRUST | D | Dividend | O | T | | | | | |
| 33. -SPDR TRUST SERIES 1 | E | Dividend | O | T | | | | | |
| 34. -VANGUARD S&P 500 ETF | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.      IRA # 4 (H): | A | Dividend | L | T | | | | | |
| 36.  -MCEWEN GISVOLD LLP 401K | | | | | | | | | |
| 37.      TRUST # 1 (H): | D | Int./Div. | O | T | | | | | |
| 38.  -ML BANK | | | | | | | | | |
| 39.  -US TREASURY BONDS | | | | | | | | | |
| 40.  -AT&T INC. | | | | | | | | | |
| 41.  -ALCATEL-LUCENT. | | | | | | | | | |
| 42.  -COMCAST CORP. | | | | | | | | | |
| 43.  -EXELON CORP | | | | | | | | | |
| 44.  -EXXON MOBIL CORP. | | | | | | | | | |
| 45.  -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 46.  -FRONTIER COMMUNICATIONS, INC. | | | | | | | | | |
| 47.  -IMATION CORP. | | | | | | | | | |
| 48.  -3M COMPANY | | | | | | | | | |
| 49.  -PITNEY BOWES | | | | | | | | | |
| 50.  -PFIZER | | | | | | | | | |
| 51.  -VANGUARD SHORT TERM INV GRADE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 53. _____ TRUST # 2 (H): | F | Int./Div. | P1 | T | | | | | |
| 54. -ML BANK | | | | | | | | | |
| 55. -US TREASURY BONDS AND NOTES | | | | | Redeemed (part) | 08/15/14 | K | A | |
| 56. -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 57. -FRONTIER COMMUNICATIONS, INC., | | | | | | | | | |
| 58. -GENERAL ELECTRIC CO. | | | | | | | | | |
| 59. -IBM | | | | | | | | | |
| 60. -INVESCO 1320 DIV SUS PORT (X) | | | | | Buy | 02/23/13 | J | | |
| 61. -JP MORGAN CHASE & CO. | | | | | | | | | |
| 62. -MERCK & CO, INC. | | | | | | | | | |
| 63. -3M COMPANY | | | | | | | | | |
| 64. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 65. -VANGUAD SMALL CAP FUND | | | | | | | | | |
| 66. -VANGUARD MID CAP FUND | | | | | | | | | |
| 67. -VANGUARD TOTAL STK MKT | | | | | | | | | |
| 68. -VANGUARD 500 INDEX FUND | | | | | Buy | 11/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 70. -HILLCORP | | Royalty | | W | | | | | |
| 71. ▨ TRUST #3 (H) : | F | Int./Div. | P1 | T | | | | | |
| 72. -US TREASURY NOTES | | | | | | | | | |
| 73. -ML BANK | | | | | | | | | |
| 74. -US TREASURY BONDS | | | | | | | | | |
| 75. -AT&T INC | | | | | | | | | |
| 76. -ALCOA INC. | | | | | | | | | |
| 77. -COCA COLA CO. | | | | | | | | | |
| 78. -COLGATE-PALMOLIVE CO. | | | | | | | | | |
| 79. -DEMASTER BLENDERS 1753 | | | | | Sold | 04/24/14 | K | D | |
| 80. -DOW CHEMICAL CO. | | | | | | | | | |
| 81. -EXPRESS SCRIPTS HOLDING | | | | | | | | | |
| 82. -EXXON MOBILE CORP. | | | | | | | | | |
| 83. -GENERAL ELECTRIC CO. | | | | | | | | | |
| 84. -HANES BRANDS INC. | | | | | | | | | |
| 85. -HILLSHIRE BRANDS CO | | | | | Sold | 09/03/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -IBM | | | | | | | | | |
| 87. -INVESCO 1320 DIV END | | | | | | | | | |
| 88. -ISHARES MSCI PACIFIC | | | | | | | | | |
| 89. -ISHARES TR DJ SEL DIV INX | | | | | | | | | |
| 90. -ISHARES iBOXXS | | | | | Sold (part) | 04/02/14 | J | A | |
| 91. -JP MORGAN CHASE & CO | | | | | | | | | |
| 92. -MERCK & CO., INC. | | | | | | | | | |
| 93. -PFIZER INC. | | | | | | | | | |
| 94. -PLUM CREEK TIMBER CO. | | | | | | | | | |
| 95. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 96. -TECK RESOURCES LTD | | | | | | | | | |
| 97. -TRAVELERS COS. INC. | | | | | | | | | |
| 98. -UNION PAC CORP. | | | | | | | | | |
| 99. -VANGUARD SMALL CAP FUND | | | | | | | | | |
| 100. -VANGUARD MID CAP FUND | | | | | | | | | |
| 101. ▭ TRUST #4 (H): | E | Int./Div. | P1 | T | | | | | |
| 102. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -US TREASURY NOTES | | Interest | | | | | | | |
| 104.  -US TREASURY BONDS | | Interest | | | | | | | |
| 105.  -INVESCO 1320 DIV SUS PORT (X) | | | | | Buy | 07/23/13 | J | | |
| 106.  -VANGUARD SMALL CAP FUND | | | | | | | | | |
| 107.  -VANGUARD MID CAP FUND | | | | | | | | | |
| 108.  _____ TRUST #5 (H): | F | Int./Div. | P1 | T | | | | | |
| 109.  -ML BANK | | | | | | | | | |
| 110.  -BRISTOL MYERS SQUIBB CO. | | | | | | | | | |
| 111.  -CVS HEALTH CORP. ( fka CVS CAREMARK CORP.) | | | | | | | | | |
| 112.  -IBM | | | | | | | | | |
| 113.  -INT'L PAPER CO. | | | | | | | | | |
| 114.  -INVESCO 1320 DIV SUS PORT | | | | | | | | | |
| 115.  -J.M. SMUCKER CO . | | | | | | | | | |
| 116.  -PEPSICO, INC. | | | | | | | | | |
| 117.  -US TREASURY BONDS | | | | | | | | | |
| 118.  -VAN KAMPEN UNIT TR. (Y) | | | | | Sold | 07/25/13 | M | A | |
| 119.  -VANGUARD 500 INDEX FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -VANGUAARD INTERIM TERM TREAS'Y | | | | | | | | | |
| 121. -VANGUARD MID-CAP | | | | | | | | | |
| 122. -VANGUARD SMAL-CAP | | | | | | | | | |
| 123. -VANGUARD TOTAL STK MKT | | | | | | | | | |
| 124. -VERIZON CORP. | | | | | Buy | 04/16/14 | J | | |
| 125. -WASHINGTON SUBN SAN. DIST. (Y) | | | | | Redeemed | 06/04/13 | L | A | |
| 126. -YUM BRANDS, INC. | | | | | | | | | |
| 127. KEY BANK OF OREGON ACCOUNT | A | Interest | J | T | | | | | |
| 128. RAINCLOUD TREE FARM | | None | N | Q | | | | | |
| 129. ALLEN FAMILY PROPRERY LLC (fka LOGAN C. STEWART PROPERTY LLC) | | None | | | Closed | 08/31/14 | K | A | |
| 130. RENTAL PROPERTY # 1, PORTLAND, OR (2006, $380,000) | D | Rent | N | R | | | | | |
| 131. RENTAL PROPERTY #2, PORTLAND, OR (2008, 42.8% int, $132,680) | A | Rent | M | R | | | | | |
| 132. ▒ GLADSTONE, LLC | E | Rent | O | R | | | | | |
| 133. ▒ OVERTON, LLC | E | Rent | O | R | | | | | |
| 134. PERSONAL LOAN TO RON DOWNEY - NOTE RECEIVABLE | A | Interest | L | T | Redeemed | 02/14/14 | L | A | |
| 135. PERSONAL LOAN TO GEORGE MCCLEARY - NOTE RECEIVABLE | D | Interest | M | T | Buy | 08/01/14 | M | | |
| 136. PERSONAL LOAN TO GEORGE MCCLEARY - NOTE RECEIVABLE | C | Interest | M | T | Buy | 09/04/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 37: _____ Trust #1: _____ is 1/3 income beneficiary. Trustees are _____ and Thomas A. Allen (Philadelphia, PA).

VII. Line 41: Sale of Alcatel-Lucent on 12/19/13 was incorrectly reported on 2013 report.

VII. Line 53: _____ Trust #2: _____ is sole income beneficiary and became trustee in 1997. Assets include a 1/72 interest in a mineral lease, Point Coupee Parish, LA. The lessee is BP Amoco (fka Chevron). The valuation is an estimate obtained from a valuation on a deceased beneficiary's interest for estate purposes in 1998.

VII. Line 71: _____ Trust #3: _____ is 1/3 income beneficiary. Trustee is Thomas A. Alllen (Philadelphia, PA).

VII. Lines 60 & 105: Purchase of Investo 1320 Div Sus Port was inadvertently omitted from 2013 report.

VII. Line 101 : _____ Trust #4: _____ is 1/3 income beneficiary. Trustees are _____ and Thomas A. Allen (Phildelphia, PA).

VII. Line 108: _____ Trust #5: Created 4/16/07 from estate of _____ father. _____ is 1/3 income beneficiary. Trustees are _____ Thomas A. Allen (Philadelphis, PA), and Ann Jobling (Louisville, KY). .

VII. Line 118: Sale of Van Kampen Unit Tr. not reported on 2013 report.

VII. Line 126: Redemption of Wash. Subu. San. Dist. not reported on 2013 report.

VII. Line 128: Raincloud Tree Farm consists of real property (120 acres of timber property and rental houses in Clackamas County, Oregon) previously held in trust. Reporting person holds 2/3 (passive) partnership interest which was converted to a tenancy in common 08/21/14. The value of that interest is estimated based on timber and property appraisals dated 11/9/94 and 1/23/95, as well as updated appraisals in 11/97, 12/98, 12/00, 12/02, and 12/04.

VII. Line 129: Name of Logan C. Stewart Property LLC was changed to Allen Family Property, LLC, which was then terminated 08/31/14.

VII. Line 133: _____ Gladstone, LLC, owns rental property located in Portland, Oregon; purchased 2/3 interest 8/7/2009 for $696,600.

VII. Line 134: _____ Overton, LLC, owns rental property located in Portland, Oregon; puchased 75% interest 5/30/2013 for $808,257.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANICE M. STEWART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544